# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| **Plaintiff,** | |
| v. | **CIVIL NO.** 10-368 (JAG) |
| JAN SOLA-CORDOVA, | |
| **Defendant.** | |

**ORDER**

GARCIA-GREGORY, D.J.

On August 28, 2012, a preliminary revocation hearing was held before Magistrate Judge Carreño to determine whether Jan Sola-Cordova ("Defendant") should be referred for final revocation proceedings. After a thorough review of Defendant's record and the evidence and witnesses presented during the hearing, Magistrate Judge Carreño recommended that Defendant be referred to the undersigned for final revocation proceedings.

After *de novo* review, we agree with the Magistrate Judge's recommendation as to the setting of a final revocation hearing and hereby set for **December 20, 2012 at 10:30 AM before the undersigned.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of December, 2012.

>S/ Jay A. Garcia-Gregory
>JAY A. GARCIA-GREGORY
>United States District Judge